BEFORE THE SECOND DIVISION, JUNE 8, 1942

No. 47278.—Protest 953593–G of Minobu Trading Corp. (New York).

Opinion by KINCHELOE, J. The only evidence in the case was the deposition of a partner of a firm in Tokyo which manufactures the merchandise in question, admitted as an exhibit. From this deposition it appeared that cotton is the component material of chief value. The protest was therefore overruled.